# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHIAS HADDOCK,<br><br>Defendant. | Case No. 3:12-cr-00112-LRH-VPC-1<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to December 30, 2022; and that the Government's deadline to file its response is extended to January 13, 2023.

DATED this 30 day of November 2022.

_____
UNITED STATES DISTRICT JUDGE