UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHIAS HADDOCK,<br><br>Defendant. | Case No. 3:12-cr-00112-LRH-VPC-1<br><br>**Order Granting Stipulation to Extend Time to File Defendant's Reply to Government's Response to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Ellman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Matthias Haddock, request that the due date for Mr. Haddock's reply to the government's response to the Motion for Compassionate Release currently due March 1, 2023 be extended until March 31, 2023.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review the government's response with the defendant and to review newly received medical records.

2. Mr. Haddock is in custody and does not oppose the continuance.

3. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the reply deadline.

DATED this 28th day of February 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Robert Ellman*<br>ROBERT ELLMAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHIAS HADDOCK,<br><br>    Defendant. | Case No. 3:12-cr-00112-LRH-VPC-1<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Reply to the Government's Response to the Motion for Compassionate Release, that the Defendant's deadline to file his Reply is extended to March 31, 2023.

DATED this 28th day of February, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE